# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
EILAND, DEBORAH A § Case No. 08-12583
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/02/2009    By: _____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
EILAND, DEBORAH A § Case No. 08-12583
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 180,335.00 |
| *and approved disbursements of* | $ | 151,847.67 |
| *leaving a balance on hand of*[1] | $ | 28,487.33 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Robert B. Katz* | $ 7,791.41 | $ 0.00 |
| *Attorney for trustee: Ira P. Goldberg* | $ 18,831.50 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Lois West* | $ 967.50 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 896.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ 340.62 | $ 340.62 |
| 000002 | eCAST Stlmnt. Corp. asgn., HSBC Bank Nv. | $ 556.30 | $ 556.30 |
| | | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $ 26,147.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Chris Brown | $ 21,000.00 | $ 0.00 |
| 000004 | Capital One Auto Finance (CODB) c/o Ascension Capi | $ 5,147.70 | $ 0.00 |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: driddick              Page 1 of 2                   Date Rcvd: Oct 02, 2009
Case: 08-12583                 Form ID: pdf006             Total Noticed: 35


The following entities were noticed by first class mail on Oct 04, 2009.
db           +Deborah A Eiland,    1825 N. Mayfield,    Chicago, IL 60639-4023
aty          +Dollie I Warren-Reed,    Law Office of Dollie I Warren-Reed,    400 W 76th St Suite 201,
               Chicago, IL 60620-1682
aty          +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
tr            Robert B Katz, ESQ,    Law Offices Of Robert B Katz,    53 West Jackson Blvd,    Suite 1320,
               Chicago, IL  60604
12244009     +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
12244011     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12870243     +Chris Brown,    c/o Starr & Rowells,    35 E. Wacker Drive, Suite 1870,
               Chicago, Illinois 60601-2202
12244014     +Chris Brown,    c/o Andry Armand l & Associates,    One South Dearborn,    Chicago, IL 60603-2302
12383840      City of Chicago,    Department of Revenue,    Bureau of Parking Bankruptcy,
               333 S State Street Suite 540,    Chicago IL 60604
12244016     +Comcast,    P O Box 3002,    Southeastern, PA 19398-3002
12244017      Commercial Check Control,    Jewel/osco,    7250 Beverly Suite 200,    Los Angeles, CA 90036-2560
12244018     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
12244019     +Credit Protect Assoc.,    Po Box 802068,    Dallas, TX 75380-2068
12244020     +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
12244021     +E R Solutions,    Washington Mutual,    800 SW 39th St.,    Renton, WA 98057-4975
12244023     +HSBC,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
12244024     +HSBC Nv/GM Card,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
12244022     +Harris,    600 W Jackson Ste 400,    Chicago, IL 60661-5675
12244025     +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
12244031     +J.h Stroger Hospital of Cook City,    1110 S. oakley,    Annex Building,    Chicago, IL 60612-4218
12383868      JC Penney Co Inc,    PO Box 45270,    Salt Lake City UT 84145-0270
12244033      Jc Penney,    Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076
12244034     +MCM,    Target Financial,    PO Box 603 Dept. 12421,    Oaks, PA 19456-0603
12244035     +Mtn Sts Adj,    123 W 1st Street Suite 430,    Casper, WY 82601-7502
12244036     +NCO Financial Systems,    Po Box 4907,    Trenton, NJ 08650-4907
12244037     +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6302
12244038     +SBC,    Attn Mobility,    P O Box 6428,    Carol Stream, IL 60197-6428
12383869     +SBC c/o At&t,    Bankruptcy Department,    PO Box 769,    Arlington TX 76004-0769
12244039     +Sun Cash,    800 W. North,    Chicago, IL 60642-2502
12244040     +West Asset Management,    Attn: Bankruptcy,    Po Box 105478,    Atlanta, GA 30348-5478
12657839      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Oct 02, 2009.
12244010      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           Asset Acceptance,
               PO Box 2036,    Warren, MI 48090-2036
12244013     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
               Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
12941909     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 02 2009 23:34:29
               Capital One Auto Finance (CODB) c/o Ascension Capi,    P.O. Box 201347,
               Arlington, TX 76006-1347
12521444      E-mail/PDF: BNCEmails@blinellc.com Oct 02 2009 23:33:59      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12244015      City of Chicago
12244012*    +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12244026*    +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
12244027*    +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
12244028*    +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
12244029*    +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
12244030*    +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
12244032*    +J.h Stroger Hospital of Cook City,    1110 S. oakley,    Annex Building,    Chicago, IL 60612-4218
                                                                                               TOTALS: 1, * 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: driddick              Page 2 of 2                Date Rcvd: Oct 02, 2009
Case: 08-12583                Form ID: pdf006             Total Noticed: 35

                ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 04, 2009**                     **Signature:**     _Joseph Speetjens_