UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EILAND, DEBORAH A | § | Case No. 08-12583 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Robert B. Katz_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Deborah Eiland |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| CHICAGO TITLE AND TRUST COMPANY | | | | | |
| CHICAGO TITLE AND TRUST COMPANY | | | | | |
| CITY OF CHICAGO DEPARTMENT OF WATER | | | | | |
| CONFIDENCE MORTGAGE L.L.C. | | | | | |
| STATE FARM | | | | | |
| IRA P. GOLDBERG | | | | | |
| DIMONTE & LIZAK | | | | | |
| LOIS WEST | | | | | |
| CHRISTOPHER BROWN | | | | | |
| COLDWELL BANKER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| CAPITAL ONE AUTO FINANCE (CODB) C/O | | | | | |
| CHRIS BROWN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 08-12583 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|---|
| Case Name: | EILAND, DEBORAH A | | | Date Filed (f) or Converted (c): | 05/16/08 (f) |
| | | | | 341(a) Meeting Date: | 06/16/08 |
| For Period Ending: | 01/18/10 | | | Claims Bar Date: | 10/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2 unit building Location: 1825 N. Mayfield, Chicag | 110,000.00 | 28,786.20 | | 28,786.20 | FA |
| 2. miscellaneous furniture and appliances Location: 1 | 900.00 | 0.00 | | 0.00 | FA |
| 3. normal clothing for this climate Location: 1825 N. | 750.00 | 0.00 | | 0.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.79 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $111,650.00 | $28,786.20 | | $28,787.99 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Prospective purchaser and creditor Chris Brown repeatedly delayed the closing of the sale transaction and ultimately

defaulted. The ultimate purchaser also encountered delays due to financing issues, etc. and also postponed the closing

of the transaction. All of this cost the estate considerable legal fees and expense.

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-12583 -ERW | Trustee Name: | Robert B. Katz |
| Case Name: | EILAND, DEBORAH A | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1872 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5537 | | |
| For Period Ending: | 01/18/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/09 | 1 | Chicago Title and Trust Company<br>171 N. Clark<br>Chicago, IL 60601 | Sale of Mayfield Property | | 28,786.20 | | 28,786.20 |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount: ( 5,347.00 )<br>Closing fees, taxes and expenses. | 2500-000 | | | |
| | | STATE FARM | Memo Amount: ( 592.00 )<br>Hazard Insurance | 2500-000 | | | |
| | | CONFIDENCE MORTGAGE L.L.C. | Memo Amount: ( 3,915.36 )<br>Mortgage fees and premiums. | 2500-000 | | | |
| | | DIMONTE & LIZAK | Memo Amount: ( 466.00 )<br>Survey and fees. | 3220-000 | | | |
| | | CITY OF CHICAGO DEPARTMENT OF WATER | Memo Amount: ( 1,213.80 )<br>Water Bill | 2500-000 | | | |
| | | DEBORAH EILAND | Memo Amount: ( 15,000.00 )<br>Homestead exemption | 8100-002 | | | |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount: ( 5,000.00 )<br>Forclosure T.I. | 2500-000 | | | |
| | | COUNTRYWIDE HOME LOANS | Memo Amount: ( 109,524.32 )<br>Payoff first mortgage. | 4110-000 | | | |
| | | CHRISTOPHER BROWN | Memo Amount: ( 10,489.19 )<br>Net Proceeds to Seller | 3510-000 | | | |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount: 180,333.87<br>Sale of Mayfield Property | 1110-000 | | | |
| 08/19/09 | 000101 | Coldwell Banker<br>1959 N. Halsted St.<br>Chicago, IL 60614 | For Services Rendered<br>In the assessing the value of the Mayfield Property<br>Per court order, November 5, 2008. | 3711-000 | | 300.00 | 28,486.20 |
| 08/31/09 | 4 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.59 | | 28,486.79 |
| 09/24/09 | 4 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.54 | | 28,487.33 |

Page Subtotals    28,787.33    300.00

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-12583 -ERW | |
| Case Name: | EILAND, DEBORAH A | |
| Taxpayer ID No: | *******5537 | |
| For Period Ending: | 01/18/10 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1872  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/24/09 | | Transfer to Acct #*******1908 | Final Posting Transfer | 9999-000 | | 28,487.33 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 180,333.87 | COLUMN TOTALS | | 28,787.33 | 28,787.33 | 0.00 |
| | Memo Allocation Disbursements: | 151,547.67 | Less: Bank Transfers/CD's | | 0.00 | 28,487.33 | |
| | | | Subtotal | | 28,787.33 | 300.00 | |
| | Memo Allocation Net: | 28,786.20 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 28,787.33 | 300.00 | |

Page Subtotals    0.00    28,487.33

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-12583 -ERW | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- |
| Case Name: | EILAND, DEBORAH A | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1908 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5537 | | |
| For Period Ending: | 01/18/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/24/09 | | Transfer from Acct #*******1872 | Transfer In From MMA Account | 9999-000 | 28,487.33 | | 28,487.33 |
| 10/06/09 | | Transfer to Acct #*******1937 | Bank Funds Transfer | 9999-000 | | 28,487.33 | 0.00 |
| 11/03/09 | | Transfer from Acct #*******1937 | Transfer In From MMA Account | 9999-000 | 28,487.99 | | 28,487.99 |
| 11/04/09 | | Transfer from Acct #*******1937 | Bank Funds Transfer | 9999-000 | 0.54 | | 28,488.53 |
| 11/04/09 | 000101 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Accountant for Trustee Fees & Expns | 3210-000 | | 18,831.50 | 9,657.03 |
| 11/04/09 | 000102 | Lois West<br>Popowcer Katten, LTD.<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Accountant for Trustee Fees & Expns | 3410-000 | | 967.50 | 8,689.53 |
| 11/04/09 | 000103 | ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>223 W. JACKSON BLVD. STE 1010<br>CHICAGO, IL 60606 | TRUSTEE | 2100-000 | | 7,791.41 | 898.12 |
| 11/04/09 | 000104 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | FINAL DISTRIBUTION<br>Trustee | 7100-000 | | 340.62 | 557.50 |
| 11/04/09 | 000105 | eCAST Stlmnt. Corp. asgn., HSBC Bank Nv.<br>POB 35480<br>Newark NJ 07193-5480 | FINAL DISTRIBUTION<br>Trustee | 7100-000 | | 556.30 | 1.20 |
| 11/04/09 | | Transfer to Acct #*******1937 | Bank Funds Transfer | 9999-000 | | 1.20 | 0.00 |

Page Subtotals 56,975.86 56,975.86

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-12583 -ERW | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | EILAND, DEBORAH A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1908  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5537 | | | |
| For Period Ending: | 01/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 0.00 | COLUMN TOTALS | | 56,975.86 | 56,975.86 | 0.00 |
| | | Memo Allocation Disbursements: 0.00 | Less:  Bank Transfers/CD's | | 56,975.86 | 28,488.53 | |
| | | | Subtotal | | 0.00 | 28,487.33 | |
| | | Memo Allocation Net: 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 28,487.33 | |

Page Subtotals    0.00    0.00

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

Page: 5

FORM 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-12583 -ERW | | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- | --- |
| Case Name: | EILAND, DEBORAH A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1937 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5537 | | | |
| For Period Ending: | 01/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/06/09 | | Transfer from Acct #*******1908 | Bank Funds Transfer | 9999-000 | 28,487.33 | | 28,487.33 |
| 10/30/09 | 4 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.61 | | 28,487.94 |
| 11/03/09 | 4 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 28,487.99 |
| 11/03/09 | | Transfer to Acct #*******1908 | Final Posting Transfer | 9999-000 | | 28,487.99 | 0.00 |
| 11/04/09 | | Transfer from Acct #*******1908 | Bank Funds Transfer | 9999-000 | 1.20 | | 1.20 |
| 11/04/09 | | Transfer to Acct #*******1908 | Bank Funds Transfer | 9999-000 | | 0.54 | 0.66 |
| 01/06/10 | | Bank Of America | Miscellaneous Bank Charge | 9999-000 | | 0.66 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 28,489.19 | 28,489.19 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 28,488.53 | 28,488.53 | |
| | | Subtotal | 0.66 | 0.66 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.66 | 0.66 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 180,333.87 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 151,547.67 | Money Market Account (Interest Earn - ********1872 | 28,787.33 | 300.00 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********1908 | 0.00 | 28,487.33 | 0.00 |
| Total Memo Allocation Net: | 28,786.20 | Money Market Account (Interest Earn - ********1937 | 0.66 | 0.66 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 28,787.99 | 28,787.99 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          28,489.19          28,489.19

Ver: 15.06

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*